DISTRICT COURT OF APPEAL OF THE STATE OF FLORIDA
FOURTH DISTRICT

**WENDY M. REED,**
Appellant,

v.

**MATTHEW T. CULPEPPER,**
Appellee.

No. 4D19-2744

[March 5, 2020]

Appeal from the Circuit Court for the Fifteenth Judicial Circuit, Palm Beach County; Maxine Cheesman, Judge; L.T. Case No. 50-2009-DR-004528-XXXX-MB.

Wendy M. Reed, Greenacres, pro se.

No response for appellee.

PER CURIAM.

*Affirmed.*

GROSS, MAY and DAMOORGIAN, JJ., concur.

\* \* \*

***Not final until disposition of timely filed motion for rehearing.***